1  Chiharu G. Sekino (SBN 306589)
   Shepherd, Finkelman, Miller & Shah, LLP
2  201 Filbert Street, Suite 201
   San Francisco, CA 94133
3  Telephone: (415) 429-5272
   Facsimile: (866) 300-7367
4  Email: csekino@sfmslaw.com

5  *Attorneys for Plaintiff-Relator*

6  *Additional Counsel on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; and the States of CALIFORNIA, ILLINOIS, INDIANA, NEW JERSEY, NEW YORK, and OHIO *ex rel.* [UNDER SEAL],<br><br>Plaintiff-Relator<br><br>v.<br><br>[UNDER SEAL] Ameriwound et al<br><br>Defendants. | Case No. 17-CV-7278- KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL**<br><br>~~FILED UNDER SEAL~~ |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Section 3730(b)(1) of the False Claims Act, Relator, Brian Silver ("Relator"), and his undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice as to all parties.

Relator has conferred with the United States Government and was informed that the United States Government and the Plaintiff States consent to the voluntary dismissal of this action. A proposed order accompanies this notice.

DATED: October 22, 2019  Respectfully submitted,

Chiharu Sekino (SBN 306589)
Shepherd, Finkelman, Miller & Shah, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com

James E. Miller (SBN 262553)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com

Monique Olivier (SBN 190385)
Olivier Schreiber & Chao LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 499-6556
Email: monique@osclegal.com

*Counsel for Plaintiff-Relator*

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, I caused a true and correct copy of the foregoing document titled Notice of Voluntary Dismissal and [Proposed] Order of Dismissal to be served on the following individuals:

Gioconda R. Molinari
Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Gioconda.Molinari@usdoj.gov

Randy Glaser
Deputy Attorney General
NAMFCU Intake Team Member
Office of the Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108-4304
Randy.Glaser@doj.ca.gov.

**By Electronic Mail**: I emailed a true and correct copy of the above-referenced documents to the person(s) at the email addresses listed above. I did not receive notices of transmission error or notices of non-delivery in connection with said emailing.

**By First Class Mail**: I enclosed the documents in a sealed envelope or package addressed to the person(s) at the above addresses. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Chiharu G. Sekino

## [PROPOSED] ORDER OF DISMISSAL

AND NOW, on this __25td__ day of ____October____, 2019, having considered Relator's Notice of Voluntary Dismissal and The United States' and States of California, Illinois, Indiana, New Jersey, Ohio, and New York's Notice of Election to Decline Intervention, it is hereby ORDERED THAT:

This action shall be dismissed without prejudice as to all parties.

BY THE COURT:

_____
HON. KANDIS WESTMORE
United States Magistrate Judge

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*